**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187
www.ganb.uscourts.gov

In
Re:    **Alicia Denise Rich**

Case No.: **19−41364−bem**
Chapter:  **13**
Judge:  **Barbara Ellis−Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on <u>6/11/19</u> . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 06/18/19**
None Apply

**To be Filed by 06/25/19**
Certificate of Credit Counseling

Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

**To be filed by 07/11/19**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on June 12, 2019.

Form 430b December 2018

Barbara Ellis−Monro
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                          Northern District of Georgia
```

In re:                                                                    Case No. 19-41364-bem
Alicia Denise Rich                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-6          User: bennettm          Page 1 of 1          Date Rcvd: Jun 12, 2019
                              Form ID: 430b           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db             Alicia Denise Rich,    469 Cotton Cir,    Chatsworth, GA   30705-6303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 12 2019 22:10:11
                 Office of the United States Trustee,    362 Richard Russell Building,   75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                               TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Dan Saeger    on behalf of Debtor Alicia Denise Rich dan@whitfieldcountylaw.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                               TOTAL: 2