```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                    ROME DIVISION

IN RE:  ALICIA D. RICH,           {   CHAPTER 13
                                  {
                                  {
        DEBTOR(S)                 {   CASE NO. R19-41364-BEM
                                  {
                                  {   JUDGE   ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    2.  The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

July 29, 2019

                                                   /s           
                                    Albert C. Guthrie, Esq.
                                    for Chapter 13 Trustee
                                    GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

```
R19-41364-BEM
```

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ALICIA D. RICH
469 COTTON CIR
CHAATSWORTH, GA 30705-6303

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 29th day of July, 2019

```
        /s
```
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com