IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ALICIA DENISE RICH, | ) | NO.: 19-41364-BEM |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW Freedom Mortgage Corporation (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 469 Cotton Cir, Chatsworth, GA 30705-6303 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 12) (the "Plan").

1.

Debtor's Plan understates the prepetition arrearage amount owed to Creditor as $0.00. The prepetition arrearage amount owed to Creditor is approximately $3,514.88.

2.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

/s/Maria Tsagaris
Maria Tsagaris
Georgia BAR NO. 143071
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6532
770-643-3514
Maria.Tsagaris@mccalla.com

| | |
|---|---|
| In Re:<br>    Alicia Denise Rich | Bankruptcy Case No.:   19-41364-BEM<br><br>Chapter:   13<br><br>Judge   Barbara Ellis-Monro |

### CERTIFICATE OF SERVICE

I, Maria Tsagaris, of MCCALLA RAYMER PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Alicia Denise Rich
469 Cotton Cir
Chatsworth, GA 30705-6303

Dan Saeger                                          (*served via ECF Notification*)
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Mary Ida Townson, Chapter 13 Trustee   *(served via ECF Notification)*
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/8/2019   By:   */s/Maria Tsagaris*
                 (date)                Maria Tsagaris
                                                Georgia BAR NO. 143071
                                                Attorney for Creditor