**IT IS ORDERED as set forth below:**

**Date: August 30, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-41364-bem |
| | ) | |
| ALICE DENISE RICH, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| GEORGIA UNITED CREDIT UNION, | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| ALICIA DENISE RICH and JAMES A. | ) | |
| MANTOOTH, non-filing Co-Debtor, and | ) | |
| MARY IDA TOWNSON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER ON MOTION FOR RELIEF AND CO-DEBTOR MOTION FOR RELIEF**

This matter came before the Court for hearing on August 21, 2019 on the Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay filed by Georgia United Credit Union ("Movant") on July 24, 2019 (Doc. No. 18) (the "Motion") as to a 2011 Chevrolet Suburban,

{File: 00141602.DOCX / }

VIN 1GMSCJ307BR258813 (the "Vehicle").  Movant alleges that all parties were properly served. The Debtor filed an Amended Plan on August 20, 2019 which proposes to pay the claim on the Vehicle.  No response or objection to the Motion was filed or announced by James A. Mantooth (the "non-filing Co-Debtor") at the hearing and the Trustee expressed no opposition.  For good cause it is hereby

**ORDERED** that the Motion is DENIED as to the Debtor until further Order of the Court and GRANTED as the non-filing Co-Debtor: the Co-Debtor stay of 11 U.S.C. § 1301 is modified to permit Movant to exercise all of its state law rights and remedies against the non-filing Co-Debtor for the balance owed on the Note.  It is further

**ORDERED** that this Order shall be effective and enforceable immediately upon its entry irrespective of Fed. R. Bankr. P. 4001(a)(3).

**[END OF DOCUMENT]**

| **PREPARED AND PRESENTED BY and CONSENTED TO:** | **NO OPPOSITION:** |
|---|---|
| **KAPLAN, BOGUE & COOPER, P.C.** | **MARY IDA TOWNSON, AS CHAPTER 13 TRUSTEE** |
| /s/<br>Virginia B. Bogue, Georgia Bar No. 065695<br>5901 Peachtree Dunwoody Road<br>Suite 415-B<br>Atlanta, Georgia 30328<br>(678) 384-7016 Direct<br>*vbogue@kbclegal.com*<br>Attorneys for Georgia United Credit Union | /s/<br>Sonya Buckley Gordon, Ga. Bar No.140987<br>(signed with express permission granted on 8/23/19)<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, Georgia 30303-1740<br>(404) 525-1110 Telephone<br>*Orders@atlch13tt.com*<br>Chapter 13 Trustee |

## DISTRIBUTION LIST

Virginia B. Bogue
Kaplan, Bogue & Cooper, P.C.
5901 Peachtree Dunwoody Road
Suite 415-B
Atlanta, Georgia 30328

Alicia Denise Rich
469 Cotton Circle
Chatsworth, GA 30705-6303

James A. Mantooth
722 Barksdale Drive
Chatsworth, GA 30705

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S. Thornton Avenue
Dalton, GA 30702

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave., NE
Atlanta, GA 30303