**IT IS ORDERED as set forth below:**

**Date: February 14, 2023**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-41364-BEM |
| | ) | |
| Alicia Denise Rich, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## ORDER ON MOTION TO RATIFY SALE OF VEHICLE

On December 6, 2022, Debtor filed a motion to ratify the sale of a vehicle seeking approval from the Court. This matter came before the Court for hearing on January 18, 2023, on the Debtor's Motion to Ratify Sale of Vehicle. (Doc. 61).

At the call of the calendar, the Attorney for the Debtor and the Chapter 13 Trustee appeared and no opposition was announced. It is hereby

**ORDERED** that the sale of the vehicle is ratified.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/ _____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30736
706-529-5566

No Opposition:

/s/ _____
Sonya Buckley Gordon
Georgia Bar No.:140987
Counsel for Standing Chapter 13 Trustee, K. Edward Safir
285 Peachtree Center Avenue, N.E.
Suite 1600
Atlanta, GA 30303

**DISTRIBUTION LIST**

All parties on the mailing matrix.